**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANCISCO GALINDO GONZALEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-193-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 5, 2026, the Court granted in part Francisco Galindo Gonzalez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by no later than February 12, 2026. Feb. 5, 2026, Order 2–3, ECF No. 5.

On February 12, Respondents filed an Advisory, ECF No. 6, informing the Court that on February 10, an Immigration Judge ("IJ") "took no action on the bond due to the Fifth Circuit's decision in *Buenrostro-Mendez*." The Court thus ordered Respondents to release Galindo Gonzalez from custody, under reasonable conditions of supervision, and to file notice of his release by February 17. Feb. 13, 2026, Order 5, ECF No. 10. Respondents have now informed the Court that "ICE reports to have released Petitioner from custody on February 16, 2026." Status Report, ECF No. 11.

It appears that the only remaining matter to be resolved in this case is Galindo Gonzalez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 38, ECF No. 1; *see generally* Feb. 13, 2026, Order; Feb. 5, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Galindo Gonzalez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE